# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON WATTS, | ) | |
| Plaintiff, | ) | 19-02166 |
| v. | ) | Stipulation of Dismissal |
| CITY OF YORK and | ) | Hon. Yvette Kane |
| GALEN DETWEILER, in his individual capacity, | ) | |
| Defendants. | ) | |

Pursuant to F.R.C.P. 41 (a)(1)(A)(ii), Plaintiff voluntarily dismisses the Complaint in this matter; and the Defendants having already filed responsive pleadings to the Complaint, the parties hereby agree and consent to said dismissal of the Complaint.

Date:  2/22/2020                         Leticia C. Chavez-Freed, Esq.
                                         Leticia Chavez-Freed, Esq.
                                         on behalf of Plaintiff

Date:  2/22/2020                         Frank J. Lavery
                                         Frank J. Lavery
                                         on behalf of Defendant Galen Detweiler
                                         Defendant City of York

Date:  2/22/2020                                              <u>Donald B. Hoyt, Esq.</u>
                                                                                                       Donald B. Hoyt
                                                                                                       on behalf Defendant City of York